**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

Tushar Agrawal, et al.,

      Plaintiffs,

v.

Joseph B. Edlow, in his official capacity as Director of United States Citizenship and Immigration Services (USCIS), and USCIS,

      Defendants.

Case No.: 5:26-cv-01400-EKL

**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO APPEAR BY ZOOM VIDEO AT JULY 1, 2026 HEARING**

Hearing Date: July 1, 2026
Time: 10:00 a.m.
Location: Courtroom 7, 4th Floor

Hon. Eumi K. Lee

AS MODIFIED

Before the Court is the parties' joint administrative motion, filed pursuant to Civil Local Rule 7-11 and Section VIII.E of this Court's Standing Order for Civil Cases, for an order permitting the parties to appear by Zoom video at the hearing on Defendants' Motion to Dismiss, currently set for July 1, 2026, at 10:00 a.m. in Courtroom 7. Good cause appearing, and all parties having agreed, the Court GRANTS the motion. The July 1, 2026 hearing shall be conducted by Zoom video. The parties shall follow the directions provided on the Court's website for remote participation. The hearing is reset for 1:30 PM.

      IT IS SO ORDERED.

Dated:  June 26, 2026

_____
Eumi K. Lee
United States District Judge