**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Tushar Agrawal, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph B. Edlow, et al.,<br><br>Defendants. | Case No.: 5:26-cv-01400-EKL<br><br>~~[PROPOSED]~~ **ORDER OF DISMISS**<br><br>Honorable Judge Eumi K. Lee<br>United States District Judge |

Having considered the parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that:

This action is dismissed in its entirety, without prejudice. The November 18, 2026 hearing on Plaintiffs' Counter-Motion for Limited Discovery (ECF No. 21) is vacated. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

DATED: November 9, 2026

Honorable Eumi K. Lee
United States District Judge